UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-cr-00137-BO

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : ORDER TO REASSIGN |
| JIMMY RAY CLARK | : |

For good cause shown, the Clerk of Court is DIRECTED to reassign the above-captioned case to the Senior Judge James C. Fox.

SO ORDERED.

This the _26_ day of _December_, 2012.

TERRENCE W. BOYLE
United States District Court Judge