UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:12-CR-00137-F

| UNITED STATES OF AMERICA | } | |
|---|---|---|
| | } | |
| V. | } | ORDER TO SEAL |
| | } | |
| JIMMY RAY CLARK | } | |

On motion of the Defendant Jimmy Ray Clark, and for good cause shown, It is hereby ORDERED the Defendant's Sentencing Memorandum (DE 31 ) be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 31st day of May, 2013.

JAMES C. FOX
Senior United States District Judge